# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

8th Circuit - District Division - Keene  
33 Winter Street, Suite 1  
Keene NH 03431-0364

Telephone: 1-855-212-1234  
TTY/TDD Relay: (800) 735-2964  
http://www.courts.state.nh.us

## ORDER ON DVP/STALKING DENIAL OR NO TEMPORARY ORDERS

Case Number: 449-2020-CV-00159              PNO:

Jeff Wyman _____  V. Stephen Howard _____  _____  
Plaintiff                                      Defendant                         Def Date of Birth

## ORDER

☐ PETITION DENIED AND CASE DISMISSED for the following reasons:
_____
_____

☒ NO TEMPORARY ORDERS ARE ISSUED. However, THIS CASE SHALL BE SCHEDULED FOR A HEARING with plaintiff and defendant present, as set forth below (see NOTICE OF HEARING).

**Recommended:**  
December 18, 2020  
Date

_____  
Signature of Marital Master

_____  
Printed Name of Marital Master

**So Ordered:**  
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

December 18, 2020  
Date

_____  
Signature of Judge

1-855-212-1234  
Telephone Number of Court

James Gleason  
Print / Type Name of Judge

## NOTICE OF HEARING — Telephone

**NOTICE TO LAW ENFORCEMENT:** Please serve this NOTICE OF HEARING on the defendant named in this petition. This case is scheduled for a hearing at the above court on 12/30/20 at 3:00 pm. The plaintiff and defendant are hereby summoned to appear at the hearing. The court will hear testimony from both parties. One half hour will be allotted for this hearing.

If you will need an interpreter or other accommodations for this hearing, please contact the court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625.11, V in a courtroom or area used by a court.

12/18/20  
Date

Larry S. Kane, Clerk of Court

NHJB-2116 DFS (07/01/2011)

Defendant copy

# INSTRUCTIONS FOR CALLING INTO COURT

Due to the COVID-19 pandemic, the Court is moving to telephonic hearings for the safety and health of the public.

A few minutes prior to the start time of your hearing on 12/30, 2020 at 3:00 am/(pm), please CALL **1-866-951-1151**-and enter **Participant Code** 302752020. Remain on the line and the court will connect to the call. There may be a wait, so please be patient.

# **TELEPHONIC HEARING NOTICE**
# PLEASE READ

The hearing which you have scheduled will now be telephonic rather than in person at the courthouse. Please do not go to the courthouse for your hearing.

Please call the number indicated in your hearing notice and when prompted enter the participant code number followed by the # symbol.

If you do not have access to a telephone, you may participate in person.

When you call into your hearing, it is possible that the Court is conducting another telephonic hearing and there may be a delay before your hearing begins. Please be patient and remain on the line.

*Things to remember regarding telephonic hearings:*

1. Please do not attempt to speak when another person is speaking. You will be given your opportunity to speak by the Judge presiding over the telephonic hearing.

2. Please be in a location with as little background noise as possible. You may be required to mute your telephone if the background noise at your location becomes a distraction.

3. If using a cellular phone, please do not participate in the hearing while driving and be sure to be in a location with adequate cellular service.

4. If there are others with you, please be sure to identify those individuals at the beginning of the hearing. There are occasions on which the Judge may ask that others with you leave the room you are in.

5. IMPORTANT: Any filings related to the above hearings must be mailed or dropped off at the court drop box. Drop boxes are located just inside the courthouse door during normal work hours (Monday through Friday, 8am to 4pm, holidays excluded).

NOTE: A COVID email box (E-mail address: Keenecovid19@courts.state.nh.us) has been created only for use during the current state of emergency and only for submitting pleadings and documents related to hearings scheduled on short notice OR when a judge specifically orders documents be sent to the mailbox. **Any document emailed which is not due to short notice or court order will not be accepted.**

If submitting permitted documents by email, send them at least 24 hours prior to the scheduled hearing and include your NAME and CASE NUMBER in the subject line.

Any filing permitted by e-mail must also be sent to the court via U.S. mail, to be docketed as part of the official court record. It will not be possible for you to submit documents or other exhibits during the telephonic hearing so make certain you submit documents on time. If there are documents or exhibits that you were unable to submit before the hearing, bring this to the attention of the Judge who is presiding over the hearing.

ALSO NOTE: Copies of any submissions to the court must be forwarded to all other parties, and contain an affirmation indicating such, for example: "I certify that on this date I provided a copy of this document to...."

6. If there are witnesses you wish to have testify, they should either be with you (subject to #4 above) or available to call in to the hearing. The Court will not make calls to others on your behalf.

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

8th Circuit-District Division-Keene
33 Winter Street, Suite 1
Keene, NH 03431

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## STALKING PETITION
Pursuant to 633:3-a

Case Number: 449-2020-CV-00159

PNO: _____

Plaintiff: Jeff W. Wyman    Plf Date of Birth: 9/28/1959

V.

Defendant: Stephen J. Howard    Def Date of Birth: _____

Sex: ☒ M  ☐ F
Race:
☐ Asian  ☐ Other  ☐ Black
☐ Unavailable  ☐ Indian  ☒ White
☐ Multiracial  ☐ Native Hawaiian or Other Pacific Islander

Ethnicity: ☐ Hispanic  ☐ Non-Hispanic  ☐ Refused

Sex: ☒ M  ☐ F

Street Address: 96 Main Street
City / State / Zip: Keene, New Hampshire

**RELATIONSHIP to DEFENDANT**
☐ Married
☐ Divorced
☐ Separated
☐ Cohabit / cohabited
☐ Child in common
☐ Household member
☒ Other: local worker
He is a local worker in our neighborhood

**TO THE JUDGE OF THE COURT:** I believe I am being stalked by the defendant. I base my request for protection from stalking on the following facts which occurred on the following dates, and ask the court to issue orders as noted below:

Screamed at me multiple times while I was working in the yard. Made multiple police reports, called his boss multiple times, filed a complaint with his company. Tried to fight me while working on my truck in the driveway in front of witness Led Desrosiers 361-2158

☐ SEE ATTACHED ADDITIONAL PAGE(S)

The defendant and I are currently involved in or have received orders in the following court actions:
☐ divorce  ☐ custody  ☐ protective order  ☒ none  ☐ other _____

Please list the court(s) handling the case(s): _____

Are you represented by a lawyer in any of these matters?  ☐ Yes  ☒ No

Residence: ☒ own  ☐ rent  ☐ in whose name? _____

Children living in household:

| NAME | DOB | BIRTH PARENTS | WHO HAS CUSTODY |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**Note:** If you have minor children born to or adopted by you and the defendant, you must submit a UCCJEA Affidavit (Form NHJB-2660-FS)

Case Name: _____ v _Wyman v Howard_____
Case Number: ___449-2020-CV-00159_____ PNO: _____
**STALKING PETITION**

I have suffered the following financial losses as a result of the stalking: ☐ medical / dental / optical expenses ☐ loss of wages ☐ loss of personal property ☐ other (explain) _____

**REQUEST FOR PROTECTIVE ORDERS:**

1. ☒ Restrain the defendant from stalking and/or abusing me, having any contact with me, whether in person or through third persons, including but not limited to contact by telephone, letters, fax, texting, social media, e-mail, the sending or delivery of gifts or any other method, unless specifically authorized by the court.
2. ☒ Restrain the defendant from following me or appearing in proximity to my residence, place of employment or school, or following or appearing at any other place where I may be.
3. ☒ Restrain the defendant from entering in or on the premises (including curtilage) where I reside except with a peace officer for the purpose of removing defendant's personal possessions.
4. ☐ Restrain the defendant from stalking or abusing my relatives or members of my household.
5. ☒ Restrain the defendant from taking, converting or damaging property in which I have a legal or equitable interest.
6. ☒ Direct the defendant to temporarily relinquish to a peace officer any firearms or other deadly weapons, including _____
7. ☐ Award temporary custody of our minor child(ren) to me.
8. ☐ Restrain the defendant from contact and from taking, transferring, encumbering, concealing, committing an act of cruelty or neglect or disposing of any animal owned, possessed, leased, kept or held by me or the defendant or a minor child in either household.

**REQUEST FOR ADDITIONAL ORDERS AT THE TIME OF THE FINAL HEARING:**

9. ☐ Direct the defendant to make child support payments to me for the care of our minor child(ren).
10. ☐ Direct the defendant to follow a court approved visitation plan if defendant wishes to exercise child visitation rights.
11. ☐ Award me the exclusive right of use and possession of our residence and household furnishings.
12. ☐ Award me the exclusive right of use and possession of the following vehicle: _____
13. ☐ Award me the exclusive care, custody or control of any animal owned, possessed, leased, kept or held by me, the defendant or a minor child in either household.
14. ☐ Order the defendant to pay me for financial losses suffered as a direct result of the stalking.
15. ☐ Direct the defendant to attend an approved batterers treatment program or personal counseling.
16. ☐ Other relief: _____

**Additional Space for Statement of Facts**

Police Interview with Jack Laporte 20-1612-FI and another report prior. multiple Complaints to his company Case Confirmation # CA139135673. Call 1-207-482-7207. Harassing me for filming him and called the police while I was in my own yard working. We have multiple security cameras as well as our neighbors having a camera on the same area.

Case Name: _____ v __Wyman v Howard_____
Case Number: ____449-2020-CV-00159_____ PNO: _____

**STALKING PETITION**

Not getting packages delivered by the defendant but he snuck up to the porch after his boss told him not to. After multiple police reports He ducked under the windows on the front deck while I was in the kitchen thinking who the heck is sneaking around. Screamed at me and a guest Lee Decosier's 361-2158 unprovoked while we were working on my truck in the driveway. He said to the police that he did not feel safe with me filming him and called the police but after that some incident he snuck up on the porch.

---

**THIS PETITION MUST BE SIGNED AT COURT BY THE PETITIONER.**
**THIS PETITION WILL NOT BE ACCEPTED BY FAX, E-MAIL, OR U.S. MAIL.**

I swear that the foregoing information is true and correct to the best of my knowledge. I understand that making a false statement on this petition will subject me to criminal penalties.

Date: 12/18/2020

Plaintiff Signature: Jeff W. Wyman

State of __NH__, County of __Cheshire__   Jeff Wyman

This instrument was acknowledged before me on __12/18/20__ by __Shelley Moedebeck__
My Commission Expires __3/22/22__
Affix Seal, if any
Shelley Moedebeck
Clerk of Court/Deputy Clerk/Justice of Peace/Notarial ~~Officer~~

NHJB-2051-D (07/21/2014)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: _____

Case Name: 449-2020-CV-00159

Case Number (if known): Jeff W. Wyman vs. Stephen J. Howard

**MOTION:** for in person hearing

I, Jeff William Wyman, state the following facts and request the following relief:

I can not hear clearly on the phone. I have otosclerosis and have had a stapedectomy in each ear. I wear a hearing aid in my right ear but still do not hear well at all on the phone. I need an in person hearing. Please.

M.

Date: 12/16/20

Signature: [signed] Jeff W. Wyman

Telephone: _____

Address: _____

I certify that on this date I provided a copy of this document to _____ (other party's attorney) by: ☐ Hand-delivery OR ☐ US Mail OR ☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).    _____ (other party) or to

Date: _____    Signature: _____

## ORDER

☐ Motion granted.   ☐ Motion denied.

**Recommended:**

Date: _____

Signature of Marital Master/Referee: _____

Printed Name of Marital Master/Referee: _____

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

Date: _____

Signature of Judge: _____

Printed Name of Judge: _____

NHJB-2201-DFP (08/29/2014)    Page 1 of 1